**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen, and not a party to the within action. I am employed by Law Offices of Maynard and Hogan and my business address is 1475 S. Bascom Avenue, Suite 115, Campbell, California 95008. On the date set forth below I served the following:

**On March 4, 2008, I served the within:**

**ANSWER TO COMPLAINT**

on the following person(s) in this action:

**Thomas N. Stewart III**
**369 Blue Oak Lane**
**2nd Floor**
**Clayton, CA 94517**

in the following manner:

[X] (BY MAIL) By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Campbell, California addressed as set forth above.

[ ] (BY OVERNIGHT DELIVERY) By placing the document(s) listed above in a sealed envelope(s) for overnight delivery, in a box or other facility regularly maintained by an express service carrier, or delivered to an authorized courier or driver authorized by that express service carrier with delivery fees paid or provided for, and addressed as set forth above.

[ ] (BY FACSIMILE) By transmitting the document(s) listed above by facsimile to the offices of the person(s) listed above, at facsimile numbers listed above.

[ ] (BY PERSONAL DELIVERY) By placing the document(s) listed above in a sealed envelope and personally delivering the document(s) to the person(s) listed above.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 4, 2008 at Campbell, California.

/S/_____
Patrick J. Whitehorn

\\Chris\WP51\DSM\TOUGAS, JAMIE\POS-3-4-08.doc

Proof of Service
Futia v. Tougas Enterprises, Inc.
Case No. C 08-00003 RS
1

Sue