THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Rick Futia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA, | Case No.  C 08-3 RS |
| Plaintiff, | JOINT CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| v. | |
| TOUGAS ENTERPRISES, INC., OAK CREEK INVESTMENTS, | |
| Defendants. | |

JOINT CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE:

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties in the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgement shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

| | |
|---|---|
| Date: April 29, 2008 | Date: April 29, 2008 |
| | |
| <u>S/Douglas Scott Maynard,</u><br>Attorney for Defendants | <u>S/Thomas N. Stewart, III</u><br>Attorney for Plaintiff |